**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DADE DIVISION**
www.flsb.uscourts.gov

IN RE:                                              CASE No.: 26-15697-PDR
                                                    CHAPTER 13
**CHARLES LEROY SCOTT, JR. AND**
**DORRINA RENE SCOTT**

_____ **Debtor. /**

<u>**DEBTOR'S RESPONSE TO BAPTIST HEALTH SOUTH FLORIDA FEDERAL**
**CREDIT UNION MOTION FOR RELIEF FROM STAY [DE#23]**</u>

   **COMES NOW,** Debtor, **CHARLES LEROY SCOTT, JR. AND DORRINA RENE**

**SCOTT**, by and through undersigned counsel, hereby files this response in Opposition to

the Motion for Relief from Automatic Stay filed by Creditor, BAPTIST HEALTH SOUTH

FLORIDA FEDERAL CREDIT UNION (the "Movant"), and in support thereof states as

follows:

1.  Debtor **CHARLES LEROY SCOTT, JR. AND DORRINA RENE SCOTT**, filed for

    Chapter 13 bankruptcy protection on April 30, 2026.

2.  Movant seeks stay relief under 11 U.S.C. § 362 (d) (1) alleging that it is not

    receiving adequate protection payments.

3.  Debtor has surrendered the **2019 Ford Fusion VIN:3FA6P0K93KR271094**

    ("Vehicle"), to the Movant.

4.  Debtor has fully complied with the obligation to surrender the Vehicle pursuant to

    11 U.S.C. § 521 by relinquishing any possessory and ownership interest and

    making the Vehicle available to the Movant. The Debtor has ceased all use of the

    Vehicle, has not exercised dominion or control over it, and has not taken any action

    to hinder, delay, or frustrate Creditors control over the vehicle.

5. The Movant does not face any risk of diminution in value attributable to the Debtor.

6. Based on the foregoing, any alleged payment default has been cured, and the Movant is adequately protected. Therefore, cause does not exist to modify or terminate the automatic stay under 11 U.S.C. § 362(d) (1).

7. Movant has failed to show cause for relief from stay under 11 U.S.C. § 362(d) (1).

**WHEREFORE,** because movant has failed to establish cause for relief, Debtor respectfully requests that this Court DENY Movant's Motion for Relief from Automatic Stay and Grant such other and further relief as the Court deems just and proper.

Dated: June 23, 2026

Respectfully Submitted,

Aimee Melich Law, P.A.
*Attorney for Debtor*
7480 Bird Road, Suite #601
Miami, FL 33155
Tel: 786-583-8214
Aimee@MelichLaw.com

By: ***/s/Aimee Melich, Esq.***
Aimee Melich, Esq./FBN.: 95066